NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METSO MINERALS, INC.,**
*Plaintiff-Appellee,*

v.

**POWERSCREEN INTERNATIONAL DISTRIBUTION, LIMTED (now known as Terex GB Limited), POWERSCREEN NEW YORK, INC.** AND **EMERALD EQUIPMENT SYSTEMS, INC.,**
*Defendants-Appellants,*

AND

**TEREX CORPORATION,**

Defendant-Appellant.

---

2011 -1572, 2012-1168, -1169

---

Appeals from the United States District Court for the Eastern District of New York in case no. 06-CV-1446, Judge Arthur D. Spatt.

---

**ON MOTION**

---

## ORDER

Counsel for Powerscreen International Distribution Limited, Terex Corporation, Powerscreen New York, Inc., and Emerald Equipment Systems, Inc. – Jon Trembath and Dina Grinshpun of Merchant & Gould and Nathan Lane III of Square Sanders (US) LLP – move to withdraw as counsel for Terex Corporation. Metso Minerals, Inc. ("Metso") opposes.

Counsel informs us that Merchant and Gould and Squire Sanders (US) LLP will continue as counsel for Powerscreen International Distribution Limited, Powerscreen New York, Inc., and Emerald Equipment Systems, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to withdraw is granted. Counsel for the appellants should promptly file new entries of appearance.

FOR THE COURT

**MAY 0 3 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael C. Stuart, Esq.
Jon R. Trembath, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2012

JAN HORBALY
CLERK